[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-13340
Non-Argument Calendar

_____

D.C. Docket No. 8:16-cr-00179-SDM-AAS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ELIAS MORALES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(December 20, 2018)

Before WILLIAM PRYOR, GRANT and ANDERSON, Circuit Judges.

PER CURIAM:

Adeel Bashir, appointed counsel for Elias Morales in this direct criminal

appeal of the revocation of Morales's supervised release, has moved to withdraw

from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Morales's revocation and sentence are **AFFIRMED**.